# <u>EXHIBIT A</u>

Filing # 215302740 E-Filed 01/24/2025 03:29:09 PM                    CACE-25-000791

IN THE CIRCUIT COURT OF THE 17th CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION

MARTHA B. RUIZ,

          Plaintiff,

CASE NO.CACE-2025-0000791 DIV 8

v.

Judge David A. Haimes

VITAS HEALTHCARE CORPORATION
OF FLORIDA,

          Defendant.

_____/

*Robyn Buda*
*Certified Process Server ID #247*
*2nd Judicial Circuit Florida*
*Date: 2-17-25 Time: 1:45*

**THE STATE OF FLORIDA:**

To Each Sheriff of Said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons; a copy of the Complaint and Plaintiff's  Initial Discovery Requests in this Action on the following:

          VITAS HEALTHCARE CORPORATION OF FLORIDA, by serving its
          registered agent
          Corporation Service Company
          1201 Hays Street
          Tallahassee, Florida 32301

      Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to-wit:

          **Martin E. Leach**
          FEILER LEACH & CHONG
          901 Ponce de Leon Blvd., Suite 300
          Coral Gables, Florida 33134
          (305) 441-8818
          mel@flmlegal.com
          service@flmlegal.com

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/24/2025 03:29:08 PM.****

DATED this _        JAN 29 2025

Clerk of said Court

By _____ **BRENDA D. FORMAN**

As Deputy Clerk

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION

MARTHA B. RUIZ,                           CASE NO.: CACE-2025-000791 DIV 08

        Plaintiff,                         Judge David A. Haimes

v.


VITAS HEALTHCARE CORPORATION
OF FLORIDA,

        Defendant.

_____/

### COMPLAINT

Plaintiff, MARTHA RUIZ, ("Plaintiff") a resident of Miami-Dade County, Florida, sues the Defendant, VITAS HEALTHCARE CORPORATION OF FLORIDA ("Defendant") and alleges:

### INTRODUCTION

1.     This is an action against the Defendant to recover damages pursuant to the Americans with Disabilities Act of 1991, as amended by the Americans with Disabilities Amendments Act of 2008 (42 U.S.C. §12182 *et seq.*) ("ADA") and the Florida Civil Rights Act, Fla.Stat ch. 760, *et seq.* ("FCRA").  After two months on the job with her employer in the position of Executive Assistant, Plaintiff was intentionally and improperly discriminated against in violation of her rights under the ADA and FCRA when she was terminated  on December 4, 2023 because of her learning disability or perceived disability.   Her termination was committed with malice and reckless disregard for her rights.  Plaintiff seeks declaratory,

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 2*

injunctive, and equitable relief, as well as compensatory and punitive damages, costs and attorney's fees.

## JURISDICTION

2.     This Court has jurisdiction over this action because the amount in dispute is in excess of $50,000 and because jurisdiction is appropriate pursuant to Florida Statute Chapter 760 *et. seq.*

3.     Venue is proper in Broward County pursuant to §47.041, Fla. Stat.

4.     At all relevant times, Plaintiff was a United States citizen and lawful resident of Miami-Dade County, over the age of 18, and was employed as a Executive Assistant at Defendant's business.

5.     At all times material, Defendant is a Florida corporation which was engaged in business in Broward County in an industry affecting commerce, employing more than 11,900 persons, and was Plaintiff's employer at the time of the actions giving rise to this cause of action.

6.     As jurisdictionally relevant, Plaintiff filed a charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations, ("FCHR"), which was assigned charge numbers 510-2024-002274.

7.     Thereafter, the EEOC issued its Notice of Right to Sue on November 25, 2024.   This Notice of Right to Sue is attached as Exhibit "A".

8.     Thus, all conditions precedent to the initiation of this action

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 3*

against Defendant has been complied with through the administrative procedures of the EEOC.

## PARTIES

9.      Plaintiff, is a resident of Miami-Dade County, Florida.  She was employed directly by Defendant as a Executive Assistant from October 9, 2023 to December 4, 2023.

10.      Defendant is a Florida corporation having a place of business in Miramar, Florida, and is engaged in an industry affecting commerce.

## STATEMENT OF CLAIM

11.      Plaintiff commenced employment with Defendant on October 9, 2023 until December 4, 2023.

12.      Plaintiff was known as a hard-working, reliable and cooperative employee. employment.

13.      During training, Plaintiff advised all relevant individuals, including Karla Newell and Ian Abdon, that she had a disability or a condition that would be perceived to be a disability.  Notwithstanding her impairment, Plaintiff successfully completed the training for her position.

14.      Upon completing her training, Plaintiff was not assigned to Mr. Abdon, as had originally been intended and, instead, worked for Ms. Newell.

15.      On December 4, 2023, Plaintiff's employment was terminated.  She was told that "due to [her] disability, [she] was not a good fit." That her disability

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 4*

was the but for cause of her termination was confirmed by another employee who overheard Ms. Newell refer to Plaintiff's disability and conclude that because of it that "therefore she was incompetent." Ms. Newell was also overheard saying she needed to find a replacement who would not have a "learning disability." Thus, the discrimination on the basis of disability was willfully and knowingly perpetrated by the Defendant's decision-maker.

16. Plaintiff was humiliated, embarrassed and shamed that she would be terminated from her job, and she has suffered a great deal of mental anguish since and as a result of her termination.

17. Plaintiff lost her only source of employment as a result of her termination and has been forced to seek alternate employment without success or with limited success.

18. As a direct and proximate result of the acts and omissions set forth above, Plaintiff has suffered the following injuries and/or damages for which she seeks redress:

A.    Pain and suffering.

B.    Mental anguish, including but not limited to embarrassment, humiliation, personal inconvenience, and emotional distress;

C.    Loss of capacity for the enjoyment of life;

D.    Punitive damages and/or liquidated damages;

E.    Legal fees and expenses;

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 5*

F.      Loss of earnings and increases in pay in the past and future;

G.      Loss of earning capacity;

H.      Injury to reputation;

I.      Punitive damages or liquidated damages;

J.      Back Pay;

K.      Reinstatement or the value or the reinstatement of all benefits that she would have enjoyed but for the wrongful discharge including, but not limited to, bonuses, retirement and pension benefits, health insurance, meal benefits, and vacation benefits;

L.      Incidental expenses;

M.      Front pay and benefits until Plaintiff attains and/or a reasonable time;

N.      Post-judgment interest;

O.      Any other relief this Court deems just and equitable.

Said damages are continuing in nature and Plaintiff will so suffer in the future.

19.      Trial by jury demanded for all issues so triable of right by jury.

## COUNT I
## VIOLATION OF FLORIDA CIVIL RIGHTS ACT OF 1992 (DISABILITY)

20.      The allegations of Paragraphs 1 through 19 are adopted and incorporated as if they were fully set forth herein.

21.      The actions taken by Defendant are in violation of the disability

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 6*

provisions of the Florida Civil Rights Act of 1992 because Plaintiff is a qualified individual with a disability and was terminated on the basis of her disability or perceived disability.

22.    Defendant's violation of the Florida Civil Rights Act of 1992 as established at Florida Statutes Chapter 760 has resulted in damages to Plaintiff.

23.    As a result of the Defendant's violation, Plaintiff is entitled to recover compensatory and punitive damages against the Defendant.

24.    Under the terms of the Florida Civil Rights Act of 1992 as established at Florida Statutes Chapter 760, Plaintiff is entitled to recover from Defendant's his attorney's fees and costs in bringing this action.

WHEREFORE, Plaintiff, MATHA RUIZ, demands judgment against the Defendant for back pay; for the value of or the reinstatement of all benefits that he would have enjoyed but for the discriminatory termination, including, but not limited to, bonuses, retirement and pension benefits, 401(K) benefits, health insurance, and vacation benefits; incidental expenses; front pay and benefits; liquidated damages; punitive damages; costs and reasonable attorneys fees; prejudgment interest on all liquidated damages; compensatory and punitive damages; and all other relief the Court sees fit to grant.

## COUNT II
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

25.    The allegations of Paragraphs 1 through 19 are adopted and incorporated as if they were fully set forth herein.

Feiler Leach & Chong. • 901 Ponce de Leon Blvd., Suite # 300 • Coral Gables, FL 33134

26.    This is an action to recover damages and injunctive relief brought pursuant to the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq.*

27.    The actions taken by Defendant are in violation of the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq.*

28.    Plaintiff belongs to a protected class within the meaning of the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq.* because she is a qualified individual with a disability.

29.    As set forth above, Plaintiff was terminated because of her disability or perceived disability for pretextual reasons.

30.    Defendant is liable because, as set forth above, Defendant's final decision-maker terminated Plaintiff for reasons that violate the  the Americans with Disabilities Act.

31.    As a direct and proximate result of the actions or omissions, Plaintiff has sustained those damages set forth above, all of which she is entitled to recover by law.

32.    As a result of the deprivations of rights at the hands of Defendant and its agents, Plaintiff has been forced to hire an attorney and pay him a reasonable fee, which he is entitled to recover pursuant to 42 U.S.C.  §12205 and otherwise by law

WHEREFORE, Plaintiff, MARTHA RUIZ, demands judgment against the

*Martha Ruiz v. Vitas Healthcare Corp. etc. et. al.*
*Page No. 8*

Defendant for back pay; for the value of or the reinstatement of all benefits that he would have enjoyed but for the discriminatory termination, including, but not limited to, bonuses, retirement and pension benefits, 401(K) benefits, health insurance, and vacation benefits; incidental expenses; front pay and benefits; liquidated damages; costs and reasonable attorneys fees; prejudgment interest on all liquidated damages; compensatory and punitive damages; and all other relief the Court sees fit to grant.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all counts so triable.

**FEILER LEACH & CHONG**
Attorney's for Plaintiff
901 Ponce de Leon Boulevard
Suite # 300
Coral Gables, Florida 33134
Telephone (305) 441-8818
Facsimile (305) 441-8081
mel@flmlegal.com
erodriguez@flmlegal.com

By: */s/ Martin E. Leach*
       **Martin E. Leach**
       Florida Bar No. 0037990

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/25/2024

**To:** Martha Ruiz
520 Brickell Bay C323
Miami, FL 33131
Charge No: 510-2024-02274

EEOC Representative and email:     DEBRICK SLATER
Investigator
Debrick.Slater@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2024-02274.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
11/25/2024
Evangeline Hawthorne
Director



**Cc:**
Dean Robertson
VITAS Healthcare
201 S BISCAYNE BLVD STE 400
Miami, FL 33131

Martin Leach Esq.
Law Offices Feiler & Leach, P.L.
901 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134


Please retain this notice for your records.

Filing # 218445426 E-Filed 03/10/2025 02:53:46 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-2025-0000791 DIV 8

MARTHA B. RUIZ,

     Plaintiff,

v.

VITAS HEALTHCARE CORPORATION
OF FLORIDA,

     Defendant.

_____ /

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

NOTICE IS HEREBY GIVEN that Kaitlyn M. O'Connell, Esq. of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. enters this Notice of Appearance as counsel for Defendant, VITAS Healthcare Corporation of Florida, and designates, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, the following email addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

Primary email address:       kaitlyn.oconnell@ogletreedeakins.com

Secondary email addresses:   veronica.alarcon@ogletreedeakins.com

                                 MIADocketing@ogletreedeakins.com

Dated: March 10, 2025.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456


*s/ Kaitlyn M. O'Connell*
Patrick F. Martin
Florida Bar No. 998729
pfmartin@ogletree.com
Kaitlyn M. O'Connell
Florida Bar No. 1058109
kaitlyn.oconnell@ogletree.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2025, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

*s/ Kaitlyn M. O'Connell*
Kaitlyn M. O'Connell

3

## SERVICE LIST

*Martha B. Ruiz v. VITAS Healthcare Corporation of Florida*
17th Judicial Circuit in and for Broward County, Florida
Case No. CACE-2025-000791 DIV 08

Martin E. Leach
mel@flmlegal.com
erodriguez@flmlegal.com
FEILER LEACH &CHONG
901 Ponce de Leon Boulevard
Suite # 300
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Facsimile: (305) 441-8081

*Counsel for Plaintiff*

Method of Service:  Florida E-Filing Portal

Patrick F. Martin
pfmartin@ogletree.com
Kaitlyn M. O'Connell
kaitlyn.oconnell@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*

4

88564109.v1-OGLETREE

Filing # 218445978 E-Filed 03/10/2025 02:57:05 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-2025-0000791 DIV 8

MARTHA B. RUIZ,

      Plaintiff,

v.

VITAS HEALTHCARE CORPORATION
OF FLORIDA,

      Defendant.

_____ /

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

NOTICE IS HEREBY GIVEN that Patrick F. Martin, Esq. of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. enters this Notice of Appearance as counsel for Defendant, VITAS Healthcare Corporation of Florida, and designates, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, the following email addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

    Primary email address:        pfmartin@ogletreedeakins.com

    Secondary email addresses:    veronica.alarcon@ogletreedeakins.com

                                   MIADocketing@ogletreedeakins.com

Dated: March 10, 2025.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456


*s/ Patrick F. Martin*
Patrick F. Martin
Florida Bar No. 998729
pfmartin@ogletree.com
Kaitlyn M. O'Connell
Florida Bar No. 1058109
kaitlyn.oconnell@ogletree.com

*Counsel for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 10, 2025, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

*s/ Patrick F. Martin*
Patrick F. Martin

## SERVICE LIST

*Martha B. Ruiz v. VITAS Healthcare Corporation of Florida*
17th Judicial Circuit in and for Broward County, Florida
Case No. CACE-2025-000791 DIV 08

Martin E. Leach
mel@flmlegal.com
erodriguez@flmlegal.com
FEILER LEACH &CHONG
901 Ponce de Leon Boulevard
Suite # 300
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Facsimile: (305) 441-8081

*Counsel for Plaintiff*

Method of Service:  Florida E-Filing Portal

Patrick F. Martin
pfmartin@ogletree.com
Kaitlyn M. O'Connell
kaitlyn.oconnell@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*

4

88564196.v1-OGLETREE